# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| Woodbridge Group of Companies, LLC | Case No.: 17-12560 (BLS) |
| Debtor. | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | **MEDIATOR'S CERTIFICATE OF COMPLETION** |
| Plaintiff, | |
| v. | Adv. Proc. No.: 19-51136 (BLS) |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA; Richard Derf, | |
| Defendant. | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation was completed on _____ and resolved in the following manner *(complete applicable provisions)*.

(a) The following individuals were present:

  (1) Parties (name and capacity) -

  (2) Counsel (name and party representing) -

(b) The following parties failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

____ The following issues remain for this court to resolve:

    ____    The matter has not been resolved and should proceed to trial.

    _X_    OTHER:  This matter was dismissed without prejudice prior to mediation.

Dated: April 8, 2021                      */s/ Judith K. Fitzgerald*
                                                    Judith K. Fitzgerald (PA I.D. No. 18110)
                                                    Tucker Arensberg, P.C.
                                                    1500 One PPG Place
                                                    Pittsburgh, PA  15222
                                                    (412) 594-1212