IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

WOODBRIDGE GROUP OF COMPANIES, LLC,
et al.,[1]

      Remaining Debtors.

_____/

MICHAEL GOLDBERG, as Liquidating Trustee of
the Woodbridge Liquidation Trust, successor in
Interest to the estates of WOODBRIDGE GROUP
OF COMPANIES, LLC, et al,

      Plaintiff,

v.

IRA SERVICES TRUST COMPANY,
CUSTODIAN FOR THE BENEFIT OF RICHARD
DERF SEP IRA; RICHARD DERF,

      Defendants.

_____/

Chapter 11

Case No. 17-12560 (BLS)

(Jointly Administered)

Adv. Proc. No. 19-51136 (BLS)

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   Clerk of the Court
United States Bankruptcy Court
One Division, NW
Grand Rapids, MI  49503

      PLEASE TAKE NOTICE that Robert F. Wardrop II hereby withdraws his

Appearance on behalf of Richard Derf, a creditor in this case, and requests that his

name be removed from all ECF/electronic notices in this case.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows:  Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Respectfully submitted,

WARDROP & WARDROP, P.C.

Dated: May 18, 2021

By: _____
    Robert F. Wardrop II (P31639)
Business Address:
    300 Ottawa Ave., NW, Ste. 150
    Grand Rapids, MI  49503
    (616) 459-1225
    robb@wardroplaw.com
    bkfilings@wardroplaw.com

464201051421.Notice of Withdrawal of Appearance – Richard Derf